

# HANNON & JOYCE
## LAW OFFICES

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPEDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460 — (888) 222-FELA (US) — (215) 446-4479 (FAX)

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

THOMAS J. JOYCE, III, PARTNER
t.joyceiii@hannonandjoyce.com

August 11, 2005

Honorable Patti B. Saris
USDC, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: Kimberly Nee v. National Railroad Passenger Corporation
    Civil Action No: 05-10491PBS

Dear Judge Saris:

    We are co-counsel in the above-referenced matter. This letter is to advise Your Honor that local counsel, Michael McDevitt, Esq., of Lawson & Weitzen, LLP, will be appearing for Plaintiff at the scheduling conference on August 15, 2005 at 2:00 p.m. I have made arrangements to be available by telephone.

Respectfully submitted,

THOMAS J. JOYCE, III

TJJ:ada

cc:  Michael McDevitt (via facsimile)
     Paul Sahovey (via facsimile)