IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
Boston Division

KIMBERLY NEE,

        Plaintiff,

v.                                  Civil Action No.: 05-10491PBS

NATIONAL RAILROAD
PASSENGER CORPORATION,

        Defendant,

## RULE 16(O)(3) CERTIFICATION

       This is to certify that the Plaintiff, Kimberly Nee, and her counsel, Thomas J. Joyce, III, Esquire and Michael J. McDevitt, Esquire, have conferred to establish a budget for the full litigation of the above-captioned matter as well as a budget for various alternative courses. Kimberly Nee and her counsel have further discussed the resolution of the litigation through the use of Alternative Dispute Resolution programs, and he needs to develop further information before he can decide whether the case is appropriate for settlement, ADR or full litigation.

Respectfully Submitted,

ATTORNEY FOR PLAINTIFF

_____
Thomas J. Joyce, III, Esquire
HANNON & JOYCE

PLAINTIFF

_____
Kimberly Nee

Dated: August 11, 2005

ATTORNEY FOR PLAINTIFF

_____
Michael J. McDevitt, Esquire
LAWSON & WEITZEN, LLP
Local Counsel for Plaintiff
88 Black Falcon Avenue, Suite 345
Boston, MA 02210