## IN THE UNITED STATES DISTRICT COURT DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| _____ | |
| KIMBERLY NEE )  | |
|     Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Civil Action No.: 05-10491-JGD |
| ) | |
| ) | |
| NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION, ) | |
|   a/k/a   AMTRAK ) | |
|     Defendant ) | |
| _____ | |

## JOINT MOTION TO CONTINUE ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

Now come the Parties in the above-captioned action, and hereby respectfully requests this Court to continue the Alternative Dispute Resolution Conference ("ADR Conference") in this matter for an additional thirty (30) days, or whatever time is consistent with this Court's calendar. The Alternative Dispute Resolution Conference ("ADR Conference") is currently scheduled for Tuesday, October 18, 2005, 10:00A.M.

Reasons for this Motion are as follows:

1. The parties are actively involved in the settlement process and respectfully request an additional 30 days to finalize an agreeable resolution;

WHEREFORE, the Parties respectfully request an additional thirty (30) days continuance.

Respectfully submitted by:

| | |
|---|---|
| The Plaintiff, | The Defendant, |
| By her Attorneys | By its Attorney |
| /s/ Thomas J. Joyce, | /s/ Paul J. Sahovey |
| THOMAS J. JOYCE, III, ESQUIRE | PAUL J. SAHOVEY, ESQUIRE |
| Public Ledger Building | MBTA Law Department |
| 150 S. Independence Mall West | Ten Park Plaza |
| Suite 1000 | Boston, MA 02116 |
| Philadelphia, PA 19106 | (617) 222-3189 |
| (215) 446-4460 | |

/s/ Michael J. McDevitt
MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990


Date: October 14, 2005