UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION
BOSTON

_____
KIMBERLY NEE                )
    Plaintiff          )
                            )
                            )
v.                          )         Civil Action No.: 05-10491-JGD
                            )
                            )
NATIONAL RAILROAD           )
PASSENGER CORPORATION,      )
  a/k/a   AMTRAK            )
    Defendant          )

## ASSENTED TO MOTION TO CONTINUE ALTERNATIVE DISPUTE RESOLUTION CONFERENCE

Now come the Parties in the above-captioned action, and hereby respectfully request this Honorable Court to continue the Alternative Dispute Resolution Conference ("ADR Conference") in this matter. The Alternative Dispute Resolution Conference ("ADR Conference") is currently scheduled for Thursday, November 17, 2005, 10:00 a.m.

Reasons for this Motion are as follows:

1. Plaintiff's counsel, Thomas Joyce, is unavailable to attend Alternative Dispute Resolution Conference as a result of an arbitration out of state;

2. Plaintiff's local counsel, Michael J. McDevitt is unavailable to attend same conference as he is prepaid fee registered to attend a Continuing Legal Education seminar;

3.  The Parties have agreed to this motion and proposed the following dates and times to reschedule the Alternative Dispute Resolution Conference: the afternoon of Thursday, December 8, 2005, the afternoon of Friday, December 16, 2005, or to a date that is consistent with this Court's 2006 calendar.

WHEREFORE, the Parties respectfully request this Honorable Court to continue the Alternative Dispute Resolution Conference ("ADR Conference") to the afternoon of Thursday, December 8, 2005, the afternoon of Friday, December 16, 2005, or to a date that is consistent with this Court's 2006 calendar.

Respectfully submitted by:

| The Plaintiff, | The Defendant, |
| By her Attorneys | By its Attorney |

/s/ Thomas J. Joyce,                                     /s/ Paul J. Sahovey

THOMAS J. JOYCE, III, ESQUIRE      PAUL J. SAHOVEY, ESQUIRE
Public Ledger Building                              MBTA Law Department
150 S. Independence Mall West               Ten Park Plaza
Suite 1000                                                  Boston, MA 02116
Philadelphia, PA 19106                              (617) 222-3189
(215) 446-4460

/s/ Michael J. McDevitt
MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990


Date: November 9, 2005