

☐ REPLY TO
900 CENTERTON ROAD
MOUNT LAUREL, NJ 08054

(856) 914-0220
(856) 914-0429 (FAX)

PUBLIC LEDGER BUILDING, SUITE 1000
150 SOUTH INDEPENDENCE MALL WEST
PHILADELPHIA, PENNSYLVANIA 19106-3413
(215) 446-4460   -   (888) 222-FELA (US)   -   (215) 446-4479 (FAX)

THOMAS J. JOYCE, III, PARTNER
t.joycelli@hannonandjoyce.com

December 14, 2005 – VIA FAX !!

Magistrate Judge Judith G. Dein
USDC, District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:   Kimberly Nee v. National Railroad Passenger Corporation
      Civil Action No: 1:05-cv-10491

Dear Judge Dein:

Please note our representation of the Plaintiff, Kimberly Nee, in the above-captioned FELA carpal tunnel syndrome action.

Please accept this letter as a joint request to adjourn the mediation set for Friday, December 16, 2005 at 2:00 p.m.

Be aware that Kimberly Nee's case is not ripe for mediation. She intends to undergo carpal tunnel release surgery in February, 2006. We are not in a position to seriously discuss settlement until we can confirm that Kimberly Nee had carpal tunnel release surgery and are able to determine her lost time and lost wages

We respectfully request an adjournment of the mediation until after Kimberly Nee returns to work following her carpal tunnel release surgery.

Paul Sahovey, Esquire, the attorney for Defendant National Railroad Passenger Corporation consents to Plaintiff's request to adjourn the mediation.

If you have any questions or need any additional information, please do not hesitate to contact me. Thank you for your time and consideration.

Respectfully submitted,

THOMAS J. JOYCE, III

TJJ:ada

cc:   Michael McDevitt (via facsimile)
      Paul Sahovey (via facsimile)