IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

KIMBERLY NEE              :
                          :
        Plaintiff         :    Case No. 1:05-cv-10491
                          :
v.                        :
                          :
NATIONAL RAILROAD PASSENGER :
CORP. (AMTRAK)            :
                          :
        Defendant         :

## JOINT STATUS REPORT

Pursuant to the Order of the Honorable Judith G. Dein, the parties, by and through their undersigned counsel, hereby submit the following joint status report as follows:

1. The parties have commenced with settlement negotiations in this matter, and anticipate that continuing negotiations will yield to disposition of this matter in the near future.

2. Should the parties prove unsuccessful in their negotiations, they have agreed that private mediation with Robert Larkin, Esquire, of Larkin & Associates, would be appropriate.

3. The parties propose dates of either April 11, 2006, or April 13, 2006, for mediation, thereby allowing enough time for continuing settlement negotiations in an attempt to resolve this matter on their own.

Respectfully submitted by:

| The Plaintiff, | The Defendant, |
| By her Attorneys | By its Attorney |

THOMAS J. JOYCE, III, ESQUIRE
Hannon & Joyce
900 Centerton Road
Mount Laurel, NJ 08054
(856) 914-0220

PAUL J. SAHOVEY, ESQUIRE
MBTA Law Department
Ten Park Plaza
Boston, MA 02116
(617) 222-3189

MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen
88 Black Falcon Avenue, Suite 345
Boston, MA 02110
(617) 439-4990

Dated: February 27, 2006