UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| KIMBERLY NEE, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-10491-JLA |
| | ) | |
| NATIONAL RAILROAD | ) | |
| PASSENGER CORP., | ) | |
| | ) | |
| Defendant. | ) | |

# REPORT RE: REFERENCE FOR
# ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE ALEXANDER

The above case was referred to me for mediation and was originally scheduled for October 18, 2005. The parties requested an adjournment in order to allow the plaintiff to have surgery and to recuperate. The parties have now decided to proceed with private mediation (see Docket No. 16) so this case should be restored to your trial list

                                            / s / Judith Gail Dein
                                     Judith Gail Dein, U.S. Magistrate Judge
DATED: March 1, 2006               ADR Provider