**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**
**BOSTON**

_____

| | |
|---|---|
| KIMBERLY NEE ) | |
|           Plaintiff ) | |
| ) | |
| ) | |
| v.                                                       ) | Civil Action No.: 05-10491 |
| ) | |
| ) | |
| NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION, ) | |
|   a/k/a    AMTRAK ) | |
|           Defendant ) | |

**ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE**

Now come the Parties in the above-captioned action, and hereby respectfully request this Court to continue the Status Conference, which is currently scheduled for Thursday, May 25, 2006 at 10:00AM.

Reasons for this Motion are as follows:

1. Plaintiff's lead counsel, Thomas Joyce, is unavailable to attend the Status Conference as a result of attending a Status Conference in the matter of <u>Vicki Park v. Jaffa Shrine Mosque,</u> Common Pleas Court of Blair County Pennsylvania, 2004 GN 1893;

2. Plaintiff's local counsel, Michael J. McDevitt is unavailable to attend same conference as he is conducting a deposition in the matter of <u>John Tuffo v. Massachusetts Bay Railroad Company, LLC, a/k/a MBCR</u> USDC Docket No.: 05-12226 –REK.

3. The Parties have agreed to this motion and at the instruction of the Court propose the following date and time to reschedule the Status Conference: Tuesday, May 30, 2006 8, 2006 at 10:00AM

Respectfully submitted by:

| The Plaintiff, | The Defendant, |
| By her Attorneys | By its Attorney |

/s/ Thomas J. Joyce,    /s/ Paul J. Sahovey
_____    _____
THOMAS J. JOYCE, III, ESQUIRE    PAUL J. SAHOVEY, ESQUIRE
Public Ledger Building    MBTA Law Department
150 S. Independence Mall West    Ten Park Plaza
Suite 1000    Boston, MA 02116
Philadelphia, PA 19106    (617) 222-3189
(215) 446-4460

/s/ Michael J. McDevitt _____
MICHAEL J. McDEVITT, ESQUIRE
Lawson & Weitzen, LLP,
88 Black Falcon Avenue, Suite 345
Boston, MA 02210
(617) 439-4990

<u>Date: May 17, 2006</u>