UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KIMBERLY NEE ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No.: 05-cv-10491-JLA |
| ) | |
| NATIONAL RAILROAD ) | |
| PASSENGER CORPORATION, ) | |
|  a/k/a  AMTRAK ) | |
|     Defendant ) | |

**NOTICE OF APPEARANCE**

To the clerk of the above-referenced court:

Please enter the appearance of James M. Henry on behalf of the plaintiff, Kimberly Nee.

                                       Respectfully Submitted,
                                       Plaintiff,
                                       Kimberly Nee
                                       By her attorneys,

                                         /s/ James M. Henry
                                     James M. Henry  (BBO# 663944)
                                     Lawson & Weitzen, LLP
                                     88 Black Falcon Avenue, Suite 345
                                     Boston, MA  02210
                                     (617) 439-4990
                                     jhenry@lawson-weitzen.com

Date: November 29, 2006