# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS


KIMBERLY NEE
                Plaintiff(s)

    V.

NATIONAL RAILROAD PASENGER
CORPORATION
                Defendant(s)

CIVIL ACTION

NO.   05-CV-10491-JLA


## SETTLEMENT ORDER OF DISMISSAL


  ALEXANDER   M. J.


The Court having been advised on      2/5/07                        that the
above-entitled action has been settled.

IT IS ORDERED that this action is hereby dismissed without costs and without
prejudice to the right of any party, upon good cause shown, to reopen the action within
thirty (30) days if settlement is not consummated.


By the Court,


  3/30/07                                    /S/ Jarrett Lovett
      Date                                   Deputy Clerk


(Dismissal Settlement.wpd - 12/98)